No. 01–6932. JOHNSON v. NEW YORK. Ct. App. N. Y. Motion of petitioner for leave to proceed *in forma pauperis* denied, and

certiorari dismissed. See this Court's Rule 39.8. 